IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
99 JUN 15 PM 3: 16
U.S. DISTRICT COURT
N.D. OF ALABAMA

SONYA TERRY STEELE, )
   PLAINTIFF, )
VS. )   CV98-H-1813-NE
GENERAL MOTORS CORPORATION, )
   DEFENDANT. )

ENTERED
JUN 1 5 1999

MEMORANDUM OF DECISION

Having considered the May 13, 1999 motion of defendant General motors Corporation for summary judgment in its favor, together with the May 17, 1999 order, and the failure of plaintiff to respond to that order, the court is of the opinion there is no dispute as to any material fact and that the defendant is entitled to judgment in its favor as a matter of law.  A separate final judgment will be entered granting summary judgment in defendant's favor.

   DONE this ___15th___ day of June, 1999.

                                                  James N. Hancock
                                              SENIOR UNITED STATES DISTRICT JUDGE

